ORIGINAL

MEMO ENDORSED

# WHITEFORD, TAYLOR & PRESTON L.L.P.

VERNON E. INGE JR.
PARTNER
DIRECT LINE (804) 977-3301
DIRECT FAX (804) 977-3291
VInge@wtplaw.com

TWO JAMES CENTER
1021 E. CARY STREET, SUITE 1700
RICHMOND, VIRGINIA 23219
MAIN TELEPHONE (804) 977-3300
FACSIMILE (804) 977-3299

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21

April 21, 2021

The Honorable Louis L. Stanton, District Judge
United States District Court — Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Dale Merrill, Administrator of the Mashantucket Pequot Tribal National Health Plan v. Jin Deng M.D., et al.* / Civil Action No. 1:20-cv-10689-LLS

Your Honor:

We are counsel to Plaintiff, Dale Merrill, Administrator of the Mashantucket Pequot Tribal National Health Plan ("**Plaintiff**"), in the above-captioned civil action.

Pursuant to this Court's April 1, 2021 Order for Conference Pursuant to Rule 16(b), the parties are to appear before this Court on April 30, 2021 for a conference and submit a proposed Scheduling Order at least one week before the conference. Plaintiff has filed a Motion to Dismiss, and accompanying Declaration and Memorandum of Law [*Dkt. Nos. 16–18*], courtesy copies of which are enclosed. We understand that Defendants intend to file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(c).

In view of the foregoing, the parties seek to adjourn the scheduling conference and extend the time to submit the proposed Scheduling Order, as the Court's rulings may render certain deadlines established at the conference moot. This is the first request for an adjournment of the conference and an extension of the time to submit a proposed Scheduling Order.

Denied
Louis L. Stanton
4/27/21

Thank you for your consideration.

Respectfully yours,

/s/ Vernon E. Inge, Jr.

Vernon E. Inge Jr.

VEIjr:ejs
Enclosures
cc (w/encl.): Wei Ji, Esq. (*by e-mail only*)