ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALE MERRILL, ADMINISTRATOR OF THE
MASHANTUCKET PEQUOT TRIBAL NATION
HEALTH PLAN,

            Plaintiff,

– against –

JING DENG, M.D, and JING DENG MD
REHABILITATION P.C.,

            Defendants.

---

20 Civ. 10689 (LLS)

ORDER

1. It appearing that by order dated April 30, 2021 dates were set for the completion of discovery requests and document production by January 14, 2022, for depositions and expert discovery by February 4, 2022, and for the submission of the Joint Pre-Trial Order by March 4, 2022; and there being no evidence of the completion of any of those proceedings; and

2. This Court having denied on January 20, 2022 plaintiff's motion to amend the Scheduling Order, which was opposed by Defendants and unsupported by a sufficient showing of good cause (Dkt. No. 38), and plaintiff having resumed that motion on June 28, 2022, it is ORDERED that

3. Defendant may move, within the next 21 days, for dismissal for lack of prosecution. In the interim, decision of plaintiff's proposed scheduling order is reserved.

So ordered.

Dated: New York, New York
       July 11, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.