Inge Declaration
# Exhibit 2

**Archived:** Sunday, August 14, 2022 10:09:25 AM
**From:** Amos, David L.
**Sent:** Friday, January 14, 2022 3:29:12 PM
**To:** Wei Ji
**Cc:** Lewis, Kenneth M. Inge, Vernon E. Slate, Elizabeth J.
**Subject:** RE: 1:20-cv-10689-llc Dale Merrill v. Jing Deng --
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
WTP-#12171238-v1-Notice_of_Deposition_(Deng).pdf; WTP-#12171226-v1-30(b)(6)_Deposition_Notice.pdf

---

Ms. Ji,

Attached please find those deposition notices discussed. I tried you earlier and left a voicemail, please call me back at your earliest convenience.

Sincerely,

David

 **Whiteford Taylor Preston**

**David L. Amos** | *Attorney at Law*
3190 Fairview Park Drive | Suite 800 | Falls Church, VA 22042
**t:** 703.280.9276 | **f:** 703.280.9137 | **m:** 540.539.3099
damos@wtplaw.com | www.wtplaw.com

*WTP is a proud member of two global law firm networks.*

 LEXWORK    PANGEA NET

**From:** Amos, David L.
**Sent:** Friday, January 14, 2022 1:55 PM
**To:** Wei Ji <wji@alliancelaw.net>
**Cc:** Lewis, Kenneth M. <KLewis@wtplaw.com>; Inge, Vernon E. <VInge@wtplaw.com>; Slate, Elizabeth J. <ESlate@wtplaw.com>
**Subject:** RE: 1:20-cv-10689-llc Dale Merrill v. Jing Deng --

Ms. Ji,

There are some minor revisions to the proposed scheduling order attached to clean it up.

Sincerely,

David

 **Whiteford Taylor Preston**

**David L. Amos** | *Attorney at Law*

3190 Fairview Park Drive | Suite 800 | Falls Church, VA 22042
**t:** 703.280.9276 | **f:** 703.280.9137 | **m:** 540.539.3099
damos@wtplaw.com | www.wtplaw.com

*WTP is a proud member of two global law firm networks.*

 

**From:** Amos, David L.
**Sent:** Friday, January 14, 2022 11:59 AM
**To:** Wei Ji <wji@alliancelaw.net>
**Cc:** Lewis, Kenneth M. <KLewis@wtplaw.com>; Inge, Vernon E. <VInge@wtplaw.com>; Slate, Elizabeth J. <ESlate@wtplaw.com>
**Subject:** RE: 1:20-cv-10689-llc Dale Merrill v. Jing Deng --

Ms. Ji,

Consistent with our conversation, please find a draft consent letter motion and draft proposed amended scheduling order attached. I will be following up shortly with the claims data we discussed as well as those deposition notices. I'll be giving you a call as well.

Sincerely,

David

  **Whiteford Taylor Preston** 

**David L. Amos** | *Attorney at Law*
3190 Fairview Park Drive | Suite 800 | Falls Church, VA 22042
**t:** 703.280.9276 | **f:** 703.280.9137 | **m:** 540.539.3099
damos@wtplaw.com | www.wtplaw.com

*WTP is a proud member of two global law firm networks.*

**From:** Amos, David L.
**Sent:** Thursday, January 13, 2022 5:15 PM
**To:** Wei Ji <wji@alliancelaw.net>
**Cc:** Lewis, Kenneth M. <KLewis@wtplaw.com>; Inge, Vernon E. <VInge@wtplaw.com>; Slate, Elizabeth J. <ESlate@wtplaw.com>
**Subject:** 1:20-cv-10689-llc Dale Merrill v. Jing Deng --

Ms. Ji,

It was a pleasure speaking with you earlier today and I hope you're feeling better. As discussed, attached please find discovery requests and I'll be following up shortly with deposition notices as well. Please let me know your availability later next week for that call and ahead of that, I'll provide you that information we discussed to facilitate a settlement discussion. I look forward to speaking with you again soon.

Sincerely,

David



**David L. Amos** | *Attorney at Law*
3190 Fairview Park Drive | Suite 800 | Falls Church, VA 22042
**t:** 703.280.9276 | **f:** 703.280.9137 | **m:** 540.539.3099
damos@wtplaw.com | www.wtplaw.com

*WTP is a proud member of two global law firm networks.*

   PANGEA NET

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

WHITEFORD, TAYLOR & PRESTON L.L.P.
444 Madison Avenue, 4th Floor
New York, New York 10022
(914) 761-8400
KLewis@wtplaw.com
Kenneth M. Lewis

WHITEFORD, TAYLOR & PRESTON L.L.P.
Two James Center
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
(804) 977-3300
VInge@wtplaw.com
DAmos@wtplaw.com
Vernon E. Inge, Jr.
David L. Amos (*pro hac vice* admission pending)

*Attorneys for Dale Merrill, Administrator of*
*the Mashantucket Pequot Tribal National Health Plan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE MERILL, ADMINISTRATOR OF
THE MASHANTUCKET PEQUOT TRIBAL
NATIONAL HEALTH PLAN,

                                    Plaintiff,

— against —                                             Civil Acton No.: 1:20-cv-10689

JIN DENG M.D. and JIN DENG MD
REHABILITATION, P.C.,

                                    Defendants.

## PLAINTIFF'S NOTICE OF DEPOSITION

TO:   Jin Deng MD Rehabilitation, P.C.
      c/o Wei Ji, Esq.
      ALLIANCE LAW PLLC
      139 Centre Street Suite 710
      New York, New York 10013
      wji@alliancelaw.net

Please take notice that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure,

Plaintiffs shall take the deposition of the person or persons employed by and/or representing the

1

Defendant Jin Deng MD Rehabilitation, P.C. who has the most complete knowledge of the topics and requested Information set forth in Schedule A attached hereto.

The deposition shall commence at **10:00 a.m. on February 2, 2020** and will occur remotely as is reasonably agreed upon among counsel for the parties. The deposition will be taken before a notary public, or other person authorized by law to administer an oath, will be recorded by video and/or stenographic means, and will continue from day to day until complete. The deposition may be used for any purpose permitted under the Federal Rules of Civil Procedure.

Dated: January 14, 2022

WHITEFORD, TAYLOR & PRESTON L.L.P.

By:   /s/ *Vernon E. Inge, Jr.*
      Vernon E. Inge, Jr.
      David L. Amos (*pro hac vice* admission
           pending)
      1021 E. Cary Street, Suite 1700
      Richmond, Virginia 23219
      (804) 977-3301
      VInge@wtplaw.com
      DAmos@wtplaw.com

      Kenneth M. Lewis
      444 Madison Avenue, 4th Floor
      New York, New York 10022
      (914) 761-8400
      klewis@wtplaw.com

      *Attorneys for the Plaintiff, Dale Merrill,*
      *Administrator of the Mashantucket Pequot*
      *Tribal National Health Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of January, 2022, a true and accurate copy of the foregoing

was served by electronic mail upon the following:

> Wei Ji, Esq.
> ALLIANCE LAW PLLC
> 139 Centre Street Suite 710
> New York, New York 10013
> wji@alliancelaw.net
>
> *Attorney for Defendants.*
>
> /s/ *Vernon E. Inge, Jr.*
> Counsel

SCHEDULE "A"
TOPICS FOR EXAMINATION

1.    Information pertaining to the contractual relationship between Jin Deng MD Rehabilitation, P.C. ("**Defendant**") and The Mashantucket Pequot Tribal National Health Plan (the "**Plan**").

2.    Information pertaining to Defendant's claims and bills submitted to the Plan.

3.    Information pertaining to Defendant's claims and/or damages asserted in its Amended Counterclaim filed in this matter.

4.    Information relating to Defendant's billing practices.

5.    Information relating to the affirmative defenses asserted in response to the Complaint in this matter.

WHITEFORD, TAYLOR & PRESTON L.L.P.
444 Madison Avenue, 4th Floor
New York, New York 10022
(914) 761-8400
KLewis@wtplaw.com
Kenneth M. Lewis

WHITEFORD, TAYLOR & PRESTON L.L.P.
Two James Center
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
(804) 977-3300
VInge@wtplaw.com
DAmos@wtplaw.com
Vernon E. Inge, Jr.
David L. Amos (*pro hac vice* admission pending)

*Attorneys for Dale Merrill, Administrator of*
*the Mashantucket Pequot Tribal National Health Plan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALE MERILL, ADMINISTRATOR OF THE MASHANTUCKET PEQUOT TRIBAL NATIONAL HEALTH PLAN, <br><br> Plaintiff, <br><br> — against — <br><br> JIN DENG M.D. and JIN DENG MD REHABILITATION, P.C., <br><br> Defendants. | Civil Acton No.: 1:20-cv-10689 |

### PLAINTIFF'S NOTICE OF DEPOSITION

TO:   Jin Deng, M.D.
c/o Wei Ji, Esq.
ALLIANCE LAW PLLC
139 Centre Street Suite 710
New York, New York 10013
wji@alliancelaw.net

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

Plaintiffs shall take the deposition of Defendant Jin Deng, M.D.

The deposition shall commence at **10:00 a.m. on February 3, 2022** and will occur remotely as is reasonably agreed upon among counsel for the parties. The deposition will be taken before a notary public, or other person authorized by law to administer an oath, will be recorded by video and/or stenographic means, and will continue from day to day until complete. The deposition may be used for any purpose permitted under the Federal Rules of Civil Procedure.

Dated: January 14, 2022

WHITEFORD, TAYLOR & PRESTON L.L.P.

By:    /s/ *Vernon E. Inge, Jr.*
         Vernon E. Inge, Jr.
         David L. Amos (*pro hac vice* admission
           pending)
         1021 E. Cary Street, Suite 1700
         Richmond, Virginia 23219
         (804) 977-3301
         VInge@wtplaw.com
         DAmos@wtplaw.com

         Kenneth M. Lewis
         444 Madison Avenue, 4th Floor
         New York, New York 10022
         (914) 761-8400
         klewis@wtplaw.com

         *Attorneys for the Plaintiff, Dale Merrill,*
         *Administrator of the Mashantucket Pequot*
         *Tribal National Health Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of January, 2022, a true and accurate copy of the foregoing was served by electronic mail upon the following:

Wei Ji, Esq.
ALLIANCE LAW PLLC
139 Centre Street Suite 710
New York, New York 10013
wji@alliancelaw.net

*Attorney for Defendants.*

/s/ *Vernon E. Inge, Jr.*
Counsel