```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DALE MERILL, ADMINISTRATOR OF THE
MASHANTUCKET PEQUOT TRIBAL
NATIONAL HEALTH PLAN,

                 Plaintiff,

    - against -

JIN DENG M.D. AND JIN DENG MD
REHABILITATION, P.C.,

                Defendants.

20 Civ. 10689 (LLS)

ORDER

On June 15, 2023, the date on which all written discovery was to be completed pursuant to the Amended Scheduling Order entered on February 2, 2023, plaintiff sought Court intervention to compel defendants to respond more adequately to his Interrogatories and Requests for the Production of Documents. Dkt. No. 58. Defendants argue that they have fully responded to the requests and any deficiencies are due to HIPAA's constraints on the release of information concerning non-party patients. Dkt. No. 59. They ask to extend the deadline for written discovery to August 15, 2023 to allow the parties to resolve the discovery obstacles. Id.

Their request is granted for the sole purpose of addressing the alleged insufficiency of Defendants' responses to written discovery, including privacy and privilege issues. All written discovery is to be completed no later than August 15, 2023. If

1

thereafter, the dispute remains, a conference will be held on August 18, 2023 at 12:00pm. The parties are to inform the Court whether a conference is necessary by August 16, 2023.

Because the deadline for written discovery is extended, the remaining deadlines to complete all depositions, designate exports, exchange export reports and rebuttals, and supply and submit pretrial materials are extended 30 days. Plaintiff will thus supply his pretrial order materials to defendant no later than January 2, 2024. The parties will submit their Joint Pretrial Order and pretrial materials consistent with the Court's instructions no later than February 15, 2024. The Final Pretrial Conference will be held February 16, 2024 at 12:00pm.

So Ordered.

Dated: New York, New York
       June 29, 2023

                                           Louis L. Stanton
                                           LOUIS L. STANTON
                                                U.S.D.J.